```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ONE ROCK CAPITAL PARTNERS, LLC,                                :
                              Movant,                          :
                                                               :    21-MC-492 (JPO)
              -v-                                              :
                                                               :    ORDER
MARK J. PATANE, et al.,                                        :
                              Respondents.                     :
-------------------------------------------------------------- :
                                                               X
```

J. PAUL OETKEN, District Judge:

On June 18, 2021, Movant One Rock Capital Partners, LLC initiated this matter, a motion to quash a subpoena issued by the U.S. District Court for the District of Connecticut in *Patane v. Nestle Waters North Am., Inc.*, No. 17-cv-1381. (Dkt. No. 1.) On June 23, 2021, Movant filed a motion to transfer this matter to the District of Connecticut, pursuant to Federal Rule of Civil Procedure 45(f). Rule 45(f) specifies that, "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents." This Court is the court where compliance is required, and this Court did not issue the disputed subpoena. Movant, the party subject to the subpoena, consents to and actively requests the transfer. Movant's motion to transfer is granted.

The Clerk of Court is directed to transfer this action to the District of Connecticut, to close the motions at Docket Numbers 1 and 6, and to close this case.

SO ORDERED.

Dated: June 24, 2021
       New York, New York

                                          _____
                                                       J. PAUL OETKEN
                                                  United States District Judge